# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Melaine Whittle,

      Plaintiff,                       Civil No. 10-320 (RHK/FLN)

vs.                               **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Johnson & Johnson, et al.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 5, 2010

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge